CARLILE, Administrator of CARLILE, *against* BATES.

THIS was an action of *assumpsit*, on a note given by the defendant to the intestate, for the sum of 90 dollars. At the trial, the jury found a verdict for the plaintiff for 15 dollars. And the question submitted to the court was, whether the plaintiff was entitled to recover costs.

*Per Curiam.* The plaintiff is not entitled to recover costs; and, as he sues as *administrator*, he is not bound to pay costs.(*a*)

(*a*) See *Mahony* v. *Fuller*, (2 *Johns. Cases*, 209.) *Act concerning costs*, sess. 24. c. 170. s. 2. 4. *Act*, sess. 31. c. 201. s. 1.

In an action by an *administrator* on a note given to the intestate, for 90 dollars, the jury found a verdict for the plaintiff for 15 dollars; and it was held that the plaintiff could not recover costs nor was he obliged to pay costs.